# MEMORANDUM

**DATE**:        May 22, 2008

**TO**:          File 07-cv-00331-EWN

**FROM**:        Chief Judge Nottingham

**CASE NAME**:   Roger Marshall v. McMahon

   Plaintiff may proceed in forma pauperis on appeal.

<u>s/ Edward W. Nottingham</u>
Chief United States District Judge